IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DWAYNE T. MYERS                                                                                   PLAINTIFF

v.                                          CIVIL NO. 12-2323

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                             DEFENDANT

## O R D E R

Plaintiff submitted a complaint for filing in this district, together with a request for leave to proceed *in forma pauperis* ("IFP"). ECF Nos. 1, 2. The undersigned finds that more information is needed to rule on Plaintiff's IFP application.

Plaintiff's IFP application indicates that he receives long-term disability from his past employer. However, Plaintiff does not specify the amount or frequency of payments. As such, Plaintiff is directed to submit an amended IFP application providing more specific information regarding his sources of income. Plaintiff is directed to file his amended IFP application by January 10, 2013. Should Plaintiff fail to comply within the required period of time, his complaint will become subject to summary dismissal for failure to obey a court order.

IT IS SO ORDERED this 27th day of December 2012.

/s/ *J. Marschewski*
HONORABLE JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE